IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02810-REB-MEH

BEVERLY LOIS CUMMINS,

    Plaintiff,

v.

C. B. FLEET HOLDING COMPANY, INCORPORATED, and
C. B. FLEET COMPANY, INCORPORATED,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2009.**

    The Joint Motion for Protective Order [filed April 6, 2009; docket #16] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.