**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-02810-REB-MEH

BEVERLY LOIS CUMMINS,

     Plaintiff,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED, and
C.B. FLEET COMPANY, INCORPORATED,

     Defendants.

**ORDER**

**Blackburn, J.**

This matter is before me on the **Stipulation for Dismissal with Prejudice** [#28][1] filed by the parties on June 29, 2009.  The notice was filed under FED. R. CIV. P. 41(a)(1), and the dismissal of the plaintiff's claims is effectuated by the filing of the notice.

On June 23, 2009, the United States Judicial Panel on Multidistrict Litigation issued a Transfer Order concerning this case and several other cases.  The Transfer Order is docketed in the is case as [#26].  Under the terms of the Transfer Order, this case has been transferred to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1407.  The United States District Court for the Northern District of Ohio now has exclusive jurisdiction over this case.  The Ohio court's exclusive jurisdiction includes jurisdiction to terminate this case based on the parties' stipulation.

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

*See Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, Rule 7.6 (a).

**THEREFORE** the parties are directed to file their **Stipulation for Dismissal with Prejudice**, filed in this case on June 29, 2009, as [#28], with the United States District Court for the Northern District of Ohio .

Dated June 30, 2009, at Denver, Colorado.

BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge